## STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT

On June 25, 2019, detectives from the Metropolitan Police Department ("MPD") Youth and Family Services Division received a referral from an officer at First District Station in regards to a 10-year-old female child who had been sexually abused during the evening hours on June 24, 2019 at her home in Northeast Washington, D.C. by the defendant, Christopher Young (hereinafter "YOUNG"), a twenty-eight-year-old male.   The complainant reported to law enforcement that she had had to perform fellatio on YOUNG's penis two times. YOUNG is the boyfriend of the complainant's mother, herein "Witness 1"; the complainant refers to YOUNG as her "stepdad."   The officer to whom complainant reported contacted the Youth and Family Services Division at MPD and a detective was sent to speak with the complainant and Witness 1.

Detectives with MPD interviewed Witness 1.  Witness 1 reported that when she went to sleep the night of June 24, 2019, the complainant and the complainant's younger sister were sleeping in their bedroom.  Witness 1 reported that something told her to get up, and when she went to the living room, she saw the complainant and YOUNG sitting on the sofa.  Both of them were on their cell phones. Witness 1 reported that YOUNG stated to her words to the effect of, "Boo you need to get to the bottom of this because somebody texted her phone and shit has gone too far now."   Witness 1 reported she asked the complainant for her cell phone, which the complainant provided.  Witness 1 then began to look at the text messages from the unidentified number to complainant.

Witness 1 reported that the unknown sender of the messages told the complainant to perform sexual acts on her step dad, YOUNG. Witness 1 reported that she believed that the person sending the messages to the complainant was YOUNG, posing as an unknown female by

sending the messages using a messaging application that generates a telephone number within the application.

Witness 1 reported that the number used to send the messages was ███████.[1] Witness 1 reported that she attempted to call the number to see if a child answered the phone, but received an automated voicemail message.

Witness 1 showed the text messages on the complainant's cellular phone to a Detective with MPD, and reported that the unidentified sender of the messages was threatening the complainant that the sender would expose inappropriate pictures (impliedly, pictures of the complainant) to Witness 1 and other family members. According to Witness 1, the text messages from the unknown caller stopped when Witness 1 left the home to file a police report, and after Witness 1 told YOUNG to leave Witness 1's home.

Witness 1 reported that the complainant initially denied that YOUNG had done anything to her while in YOUNG's presence.  Witness 1 reported to the MPD detective that, after she separated the complainant from YOUNG, she asked the complainant if YOUNG did anything else to her, in response to which the complainant told Witness 1 that she had performed fellatio on YOUNG.

Witness 1 further reported that YOUNG sent Witness 1 text messages from his phone number saying that YOUNG did not do anything to the complainant. Specifically, Witness 1 showed law enforcement text messages from YOUNG, from the evening of June 24, 2019, a portion of which stated:

> YOUNG:  But believe me I ain't do nuthn to her

---

[1] As set forth below, an analyst with the FBI subsequently identified the third party messaging application to which the number belonged as the application "Pinger."

YOUNG:  Yu want me locked up tho I'm hip[2]

YOUNG:  Trust me I kno.

Witness 1 provided law enforcement with written consent to search the complainant's cellular phone. A preliminary forensic review of the complainant's phone revealed a series of text messages between the complainant and the then unidentified sender from above-referenced cellular phone number ████████ (herein "SENDER").[3]  The messages stated as follows:

SENDER:  Hey

SENDER:  He said your haven't told him.  Maybe I should call mom

SENDER:  Hey.  Sd[4] said you haven't said anything

    COMPLAINANT:  I forgot what to tell him plz don't call my mom

    COMPLAINANT:  I'm going to sleep I'll tell him tomorrow

SENDER:  No

    COMPLAINANT:  I'm in the bed already

SENDER:  I asked him were you sleep

SENDER:  He said he in living room

    COMPLAINANT: I'm not sleep yet

SENDER:  Ok well I'll txt mom in a few minutes

    COMPLAINANT:  No

SENDER:  She sounds upset already

---

[2] All text abbreviations and typographical errors in quoted text language are original.

[3] As set forth below, the unidentified "SENDER" was later identified by the FBI as YOUNG, posing as a teenaged girl.

[4] "Sd" refers to "step-dad."

3

SENDER:  I called blocked

SENDER:  Before 12am tell him or I'm making the call.  And you lied and said you were gon txt me cause your phone died

SENDER:  If you go do it for 10 seconds he can take the pic I already told him

    COMPLAINANT:  My phone did die

    COMPLAINANT:  I didn't lie

    COMPLAINANT:  And why you want me to do it so bad

SENDER: Ok. Did you read my text

SENDER:  Okay I'll just send these to mom

    COMPLAINANT:  Why do you want me to do it so bad

SENDER:  It's fun. After that you won't hear from me I told you

SENDER:  Did you like what he did if he even did it

    COMPLAINANT:  No

SENDER:  No what

    COMPLAINANT:  I'll do it tomorrow I'm trying to go to sleep

SENDER:  Time is ticking

SENDER:  Okay mom will get these in a few minutes

    COMPLAINANT:  No

SENDER:  Wait who is ███

    COMPLAINANT:  Why

SENDER:  I heard mom say his name

    COMPLAINANT:  My uncle

SENDER:  His number look like yours so I aksed

COMPLAINANT:  Ok

SENDER:  Wow so should he get these or mom

SENDER:  Maybe both

COMPLAINANT:  He in do you have his number

SENDER:  From mom. But all you have to do is that for 10seconds

COMPLAINANT:  Do you mom gave you his number

SENDER:  He won't say anything he said he jus want to help you get out of this

COMPLAINANT:  I won't to get out of this

COMPLAINANT:  My mom gave you my uncle number

SENDER:  Your mom did. She don't know what kind of pictures they are I jus let told her you sent them

SENDER:  Ok go do your 10 seconds

COMPLAINANT:  You told her

SENDER:  He said he bout to change

COMPLAINANT:  Ok

SENDER:  No not really I just said we talk and we send pictures she said she want to see

COMPLAINANT:  Don't send them to her

SENDER:  Go do your 10 seconds after he change. He really want to help you so let him

COMPLAINANT:  Can I do something else other than sex stuff with my step dad

SENDER:  It's almost 12

SENDER:  Say sd

COMPLAINANT:  Say what

SENDER:  Nothing. I just text him

5

COMPLAINANT:  Can I do something else

SENDER:  Yea you can let him do 10 seconds!

SENDER:  9:51 time is ticking

COMPLAINANT:  Do what for 10 seconds

SENDER:  What he do last time

COMPLAINANT:  He told you what he did last time

SENDER:  Yes. I asked him

COMPLAINANT:  And I said other than sex stuff with him

SENDER:  Nope.

SENDER:  How bout I just send them and get it over with

COMPLAINANT:  No

COMPLAINANT:  And we did it so why I got to do it again

SENDER:  Ok. 10 seconds you or him

SENDER:  I ain't see a pic so how do I know he ain't lie

SENDER:  So what's up

COMPLAINANT:  We not on god.  No crosses counted

SENDER:  I made sure he won't say anything. Will you

COMPLAINANT:  On god we did it

COMPLAINANT:  No

SENDER:  Ok so it should be easy this time then

COMPLAINANT:  But why again if I said on god

SENDER:  Don't make sd wait jus go get it over with

COMPLAINANT:  Ok

<u>SENDER</u>:  I'm sending 1 picture at a time

    <u>COMPLAINANT</u>:  No

<u>SENDER</u>:  He said what happen

    <u>COMPLAINANT</u>:  He had the light off so I couldn't see

<u>SENDER</u>:  I'll tell him

    <u>COMPLAINANT</u>:  Ok

    <u>COMPLAINANT</u>:  Why do I got to do this again

<u>SENDER</u>:  at your bathroom

<u>SENDER</u>:  Or in it like you're using it

    <u>COMPLAINANT</u>:  He not in my bathroom

<u>SENDER</u>:  He waiting for my text

<u>SENDER</u>:  Where's mom

    <u>COMPLAINANT</u>:  In her room

<u>SENDER</u>:  Ok so 10 sucks

<u>SENDER</u>:  Go

    <u>COMPLAINANT</u>:  He not in there

<u>SENDER</u>:  He said he is

    <u>COMPLAINANT</u>:  Ok

    <u>COMPLAINANT</u>:  I did it

<u>SENDER</u>:  I thought he was doin it

    <u>COMPLAINANT</u>:  No I did it

<u>SENDER</u>:  Yayyyy girly.

<u>SENDER</u>:  How you feel

COMPLAINANT:  No is it over

SENDER:  Yup last thing and that's it

COMPLAINANT:  I got a headache and I'm sleepy

SENDER:  Poor baby

COMPLAINANT:  It was the last thing

SENDER:  Nope. I don't need a picture for this one. But I will kno if you lying

COMPLAINANT:  He got the picture

COMPLAINANT:  Ok

SENDER:  He sent it.

COMPLAINANT:  Ok

SENDER:  The last thing is

COMPLAINANT:  But delete it now you see

COMPLAINANT:  Screenshot that you deleted it

SENDER:  I deleted them except for 1

COMPLAINANT:  Delete all

SENDER:  Because you have 1 more thing

COMPLAINANT:  What is it you said that was the last thing

SENDER:  I have 1 picture left

SENDER:  You ready

COMPLAINANT:  Delete them all and you said that was the last thing

SENDER:  Sd have to put a finger in you for 30 seconds or you do what you did for 20

COMPLAINANT:  You said that was the last thing

SENDER:  He said can he just kiss it again though

8

COMPLAINANT:  No he didn't screenshot him saying that

SENDER:  That was the last thing to do so I can erase all pics now you have 1 pick and 1 more task

COMPLAINANT:  Screenshot him saying that

SENDER:  I erase all text! Want me to tell him tell you

COMPLAINANT:  No

COMPLAINANT:  I don't believe you I don't think he said that

SENDER:  You thought he was lyin though

COMPLAINANT:  He didn't say that

SENDER:  I'm trying to make him say it again

COMPLAINANT:  He didn't say it

COMPLAINANT:  So what I did was the last thing my head hurts

SENDER:  The last thing.  He insert a finger for 30 seconds or you do it again but for 20 seconds

COMPLAINANT:  No

SENDER:  No what

COMPLAINANT:  My head hurts and he said if I want to do it and I don't

SENDER:  Ok I don't want to send the only pussy pic of you to your mom but I may have to

COMPLAINANT:  I don't want to do nothing else my head hurts can you understand my head hurts

SENDER:  Yes. Ok I'll send it goodnight

COMPLAINANT:  Good night

SENDER:  Your mom got the pic yet

SENDER:  I'm about to send it

9

COMPLAINANT:  I don't know

COMPLAINANT:  She got them I'm in trouble now it's over now that I'm in trouble right

SENDER:  I haven't sent it

SENDER:  I was wondering should your uncle ███ get them first

COMPLAINANT:  No just send them to my mom

COMPLAINANT:  ☐☐

SENDER:  And I will send the one of you and sd

SENDER:  Okay

COMPLAINANT:  To my mom

SENDER:  To everyone

COMPLAINANT:  No

SENDER:  She gave me somebody name ███ number

SENDER:  Your sd love you. He is begging me to leave you alone. I told him what you need to do last! He said ok

SENDER:  See how I erased stuff. I kept my word and this the last pic. All yours erased now it's just the one he sent

SENDER:  ?

COMPLAINANT:  I'm sleepy can you just send them to my mom and get it over with plz don't send it to my uncle or ███

SENDER:  Maybe I'll send it to ███ n ███

COMPLAINANT:  No

SENDER:  Mom phone went to voicemail like I'm blocked

---

[5] The complainant identified "███ as her biological father's name.

COMPLAINANT: You not blocked one her phone

COMPLAINANT:  Try to call her again

SENDER:  I have to do it on my computer

COMPLAINANT:  Call he

COMPLAINANT: On your computer

SENDER:  I just text her

SENDER:  She said you in your room

SENDER:  She bout to tell you something

SENDER:  I told her we have pix from field day lol

SENDER:  Next I'm sending

COMPLAINANT: Ok

SENDER:  So what you gone do

COMPLAINANT:  Yes

SENDER:  Yes what

SENDER:  ███ texted me back

SENDER:  I'm about to send him your pic lol

COMPLAINANT:  No

SENDER:  A Look. ███ just asked who is this

COMPLAINANT:  I'll do

COMPLAINANT:  I'll do it tell them rong

COMPLAINANT:  Rong number

COMPLAINANT:  Plz I'll do it

SENDER:  Ok

COMPLAINANT:  Did you text them rong number

COMPLAINANT:  Hello

SENDER:  Yes

COMPLAINANT:  I did it

COMPLAINANT:  Hello

SENDER:  Ok I'm texting him

COMPLAINANT:  Who

COMPLAINANT:  My step dad

COMPLAINANT:  Hello

COMPLAINANT:  Who

SENDER:  Sd

COMPLAINANT:  My step dad

COMPLAINANT:  Hello

SENDER:  It's sd. Learn to speak in code!

COMPLAINANT:  Ok

COMPLAINANT:  He got the picture

SENDER:  Hey I got the picture but it's da same thing yu did the first time are you trying to play me

COMPLAINANT:  No

SENDER:  Maybe I should be textin ▮

COMPLAINANT:  I did it again on god

COMPLAINANT:  I did it in the living room this time

SENDER:  He was supposed to do wat he did not you

SENDER: I think y'all playin me

SENDER: Now ███ keep callin me

SENDER: What should I say now

> COMPLAINANT: Say I had the rong number

> COMPLAINANT: Did you say my name when you text him

SENDER: I told him that

SENDER: Yea I did

SENDER: Lol I told him I have a pic for him from you

> COMPLAINANT: Say I'm looking for a ███████

SENDER: He already said you his daughter

SENDER: So what the fuck y'all doin

SENDER: Playing

> COMPLAINANT: Say never mind I deleted the picture Field day

SENDER: Tell him he owe me 30 seconds to you or I'm sending

> COMPLAINANT: What you mean ok

SENDER: I didn't kno ███ was your father

> COMPLAINANT: Yes now I'll do it for 30 seconds

SENDER: You will or he will

> COMPLAINANT: Now tell him you deleted the pictures from Field day today of us to

> COMPLAINANT: I will

> COMPLAINANT: Now did you say that

> COMPLAINANT: Hello

<u>SENDER</u>:  I'm not deleting yet. Make him nut and it's over

    <u>COMPLAINANT</u>:  I'm going to do him aging is it ok

<u>SENDER</u>:  Okay then he do you for 10 after you done

    <u>COMPLAINANT</u>:  Ok

<u>SENDER</u>:  He jus cursed me out I told him it wasn't right!

    <u>COMPLAINANT</u>:  Ok

<u>SENDER</u>:  He said the balcony door open try your screen

<u>SENDER</u>:  He said tell you be very quiet or close your door

    <u>COMPLAINANT</u>:  I'm going to call my dad and say you was going to send pictures of me and you and Field day and they wasn't coming through so you was going to send them to hem so I can get them but you deleted them

<u>SENDER</u>:  Make him nut

    <u>COMPLAINANT</u>:  What

    <u>COMPLAINANT</u>:  We did it

    <u>COMPLAINANT</u>:  He did me for 2 minute

    <u>COMPLAINANT</u>:  Now is it over

    <u>COMPLAINANT</u>:  Hello

    <u>COMPLAINANT</u>:  Hello

<u>SENDER</u>:  Did he nut?  Don't lie cuz I asked him

<u>SENDER</u>:  It's over after he nut that's what I said

<u>SENDER</u>:  I promise

<u>SENDER</u>:  I think you think I'm playin.

<u>SENDER</u>:  It's ok ima call ▇▇▇ then text him the pic

    <u>COMPLAINANT</u>:  I'm going again because it didn't nit the first time

SENDER:  I told you make him nut and it's over.  I told him the same thing!  Did he tell you what you were supposed to do

SENDER:  He will take a picture after the nut so I know you did it this time

SENDER:  Play with me and watch I send this to daddy

    COMPLAINANT:  Ok

SENDER:  I'm not playing and he gotta do it again for 2 more minutes

    COMPLAINANT:  Ok he putting my sister to sleep then I'm going to make it nut

SENDER:  You better

    COMPLAINANT:  Ok

SENDER:  When he did the 2 min how it feel

    COMPLAINANT:  Ok

SENDER:  That was a question

    COMPLAINANT:  It felt ok

SENDER:  We you wet

SENDER:  Is he big

    COMPLAINANT:  Why

SENDER:  Just asking

    COMPLAINANT:  I don't know I just pulled my pants up

    COMPLAINANT:  And yes

SENDER:  Yes what

    COMPLAINANT:  It was big

SENDER:  Nice. Try not to chokr

SENDER:  It's almost 12

COMPLAINANT:  I know she almost asleep

COMPLAINANT:  And what happens at 12

SENDER:  Ok

COMPLAINANT:  What happens at12

SENDER:  I'm sending everything to ██ n ██

COMPLAINANT:  Ok

SENDER:  So he better nut n then do my 2 minutes

COMPLAINANT:  Sd is putting s to sleep □

SENDER:  Ok

COMPLAINANT:  How long do it take to nut

SENDER:  12:30

COMPLAINANT:  12:30 what

SENDER:  Like 2 minutes

SENDER:  I'm sending

SENDER:  What's goin on

COMPLAINANT:  I'm still doing it it's almost done

SENDER:  Hello

SENDER:  I zoomed in on the picture and guess what I saw

COMPLAINANT:  It nut and it made my pussy wet □now plz leave me alone

COMPLAINANT:  What did you see

SENDER:  The picture he sent that is spit! I suck dick and I know what but look like

COMPLAINANT:  What that mean

SENDER:  So make him nut! He gotta put the tip in and buy before 12:30 or ██

16

<u>SENDER</u>:  I know what nut look like.  That was spit

     <u>COMPLAINANT</u>:  Ok

<u>SENDER</u>:  He know what to do already don't worry

<u>SENDER</u>:  Hello

<u>SENDER</u>:  10 min

     <u>COMPLAINANT</u>:  Can I do something else I got a headache and I don't feel
good now plz I asking what did I do to have to do all of this

<u>SENDER</u>:  Nope 10 minutes

     <u>COMPLAINANT</u>:  What did I do

<u>SENDER</u>:  Ask ███ at 12:30

<u>SENDER</u>:  Let him do it

     <u>COMPLAINANT</u>:  Do what

<u>SENDER</u>:  Do sd let the tip in

<u>SENDER</u>:  8 minutes

<u>SENDER</u>:  7 minutes

     <u>COMPLAINANT</u>:  Why do you want me to do this so bad

<u>SENDER</u>:  Do it

<u>SENDER</u>:  Time almost up

<u>SENDER</u>:  Sd ain't put tip in

<u>SENDER</u>:  Ok nvm ima call ███ and yu on 3way

<u>SENDER</u>:  Sad begged me but nah

<u>SENDER</u>:  Sd

<u>SENDER</u>:  He put tip in and nut on floor when he done

COMPLAINANT:  Plz donate I'm in pan right now I can't take no more

COMPLAINANT:  You don't know my pan

SENDER:  Ok bout to txt him and ███

COMPLAINANT:  No

SENDER:  Do it then sd keep telling me leave you alone but you gotta make it nut first

SENDER:  So what's it gonna be with 2 minutes left

SENDER:  Yu need more time

COMPLAINANT:  Yes

SENDER:  Ok

SENDER:  What time then

SENDER:  1:00am

COMPLAINANT:  11:00pm

SENDER:  1am

COMPLAINANT:  Ok

COMPLAINANT:  I need more time than that I need to sleep on it I'm crying right now

SENDER:  I'll text yu at 12:55

SENDER:  1am

SENDER:  Watch me text ███

SENDER:  I'll send it to ███ later

SENDER:  Ok and I have it ready to send

SENDER:  Wat you gonna do

COMPLAINANT:  Can I at least sleep

SENDER:  See yu at 12:55

    COMPLAINANT:  Can I go to sleep that's all I asking

SENDER:  Ok no reply.  Here goes the send button

    COMPLAINANT:  No

SENDER:  Sd begged me to stop.  I told him what needs to be done

    COMPLAINANT:  I did it and it didn't but

    COMPLAINANT:  Nut

SENDER:  You lyin

    COMPLAINANT:  I'm no it didn't but

SENDER:  It's ok watch this

    COMPLAINANT:  Nut

    COMPLAINANT:  It didn't but

    COMPLAINANT:  Nut

SENDER:  I have sex so yu lyin

SENDER:  Lol nice

SENDER:  Your dad knows me so don't tell him nuthn or I'll sen

    COMPLAINANT:  I did it and it did not nut

SENDER:  I told him who I was

    COMPLAINANT:  Omg

SENDER:  14 minutes

SENDER:  Then ██ n ██

    COMPLAINANT:  Can you just send it to my mom

    COMPLAINANT:  So I can get in trouble and get it over with

19

<u>SENDER</u>:  Send a pic of you suckin sd dick to mom.  No yu might have her phone and block me! I was a child once lol

<u>SENDER</u>:  Nope your father and uncle getting these at 1:00am

<u>SENDER</u>:  I'll text you in 10 min

    <u>COMPLAINANT</u>:  I did she have her phone in the room with her in her bed she don't let me see her phone

<u>SENDER</u>:  Don't text me unless you're done

    <u>COMPLAINANT</u>:  Ok I'm doing it

    <u>COMPLAINANT</u>:  And I forgot what's your name

<u>SENDER</u>:  Let me see while yu do it

<u>SENDER</u>:  Send a video now

<u>SENDER</u>:  Yu can txt n do dat lol nice try

    <u>COMPLAINANT</u>:  I'm going to send a picture when I'm done

<u>SENDER</u>:  Nop

    <u>COMPLAINANT</u>:  We I the dark

<u>SENDER</u>:  Record it then

<u>SENDER</u>:  12:55

    <u>COMPLAINANT</u>:  Ok

<u>SENDER</u>:  Use flash

<u>SENDER</u>:  Where is it

    <u>COMPLAINANT</u>:  I'm recording

<u>SENDER</u>:  6 minutes

The preliminary forensic examination of the complaint's cellular telephone also revealed a series of text messages that YOUNG sent to the complainant from his own cellular phone

regarding the sexual acts that the complainant performed upon YOUNG.  YOUNG was saved in

the complainant's phone as "King,"[6] with a phone number of ▇▇▇▇▇▇.  Specifically, the

following text message exchange ensued on June 24, 2019:

> COMPLAINANT:  She got my uncle number and my dad number

YOUNG:  She said that

> COMPLAINANT:  Yes

YOUNG:  Ok make sure you erase

YOUNG:  What she talkin bout

> COMPLAINANT:  I didn't look but she said that was the last thing what we did in the bathroom

YOUNG:  She told me 1 more thing.

YOUNG:  I'm begging her to leave you alone

> COMPLAINANT:  I told her no I'm sleep but she don't know that I block her number on my mom phone don't tell her

YOUNG:  Oh ok lol

YOUNG:  So you ready

YOUNG:  And plus she have a new number remember

YOUNG:  She might not be lyin

> COMPLAINANT:  No I'm sleep I'm begging her just to send them to my mom and get it over with and I put her new number in my mom phone and blocked it

YOUNG:  She got our pic.  Don't tell her just send it!  Just do wat she want then we block her

YOUNG:  You know the trouble you will be in

---

[6] "King" is a nickname by which complainant calls YOUNG.

COMPLAINANT:  Yes

COMPLAINANT:  No

YOUNG:  Ok so why wud yu say jus send it silly

YOUNG:  Huh

COMPLAINANT:  My mom coming out there

YOUNG:  So am I doin it or you

YOUNG:  Jus wana get it over with

COMPLAINANT:  Hold on and when did I say just send it silly

YOUNG:  She said you tol her send it

COMPLAINANT:  Send what

YOUNG:  Our pic

YOUNG:  She erased all yours

COMPLAINANT:  No I didn't

YOUNG:  So wana get it over with and go to bed

COMPLAINANT:  No

YOUNG:  Ok so wat yu gon tell her

YOUNG:  I told her ima help you

COMPLAINANT:  Who my mo m

YOUNG:  No the girl

COMPLAINANT:  I don't know yet

YOUNG:  Hurry up n let me kno. I'm ready or waiting

COMPLAINANT:  Ok

YOUNG:  A

22

COMPLAINANT:  She texting my mom but she doing know it's me texting her ██ got her phone

YOUNG:  Oh ok.

YOUNG:  So are we getting this over with or wat

YOUNG:  I'm ready to jus get it over with… I'll do everything you don't have to do nuthn

COMPLAINANT:  No

YOUNG:  So wat you gon tell her

YOUNG:  She sent a screenshot of ██ askin her who is this

YOUNG:  I erased it

COMPLAINANT:  I told her I'll do it

YOUNG:  Do wat

COMPLAINANT:  Do what she said

YOUNG:  Want me to or wat

YOUNG:  I'll do anything to help you out

COMPLAINANT:  I'll do what we did in the bathroom for 20 second

COMPLAINANT:  Seconds

YOUNG:  Ok

COMPLAINANT:  In the bathroom or living room

YOUNG:  Wat she doin her room

COMPLAINANT:  My mom

YOUNG:  Yeah

COMPLAINANT:  Laying down

YOUNG:  ok

23

<u>YOUNG</u>:  Wait till I go out there

    <u>COMPLAINANT</u>:  Go in the living room

<u>YOUNG</u>:  Cut yur bathroom light on then close the door n come n here

<u>YOUNG</u>:  Erase

    <u>COMPLAINANT</u>:  Ok

    <u>COMPLAINANT</u>:  What about ███

<u>YOUNG</u>:  Tell her you be back

    <u>COMPLAINANT</u>:  Ok

    <u>COMPLAINANT</u>:  I'm in the bathroom

<u>YOUNG</u>:  Act like you using it and close the door but come out and leave it on

<u>YOUNG</u>:  Check on mani first

<u>YOUNG</u>:  How yu kno how to do dat

<u>YOUNG</u>:  Omg

    <u>COMPLAINANT</u>:  I don't

<u>YOUNG</u>:  Well that was Gud.

    <u>COMPLAINANT</u>:  Ok

<u>YOUNG</u>:  Yu gon be □ right

    <u>COMPLAINANT</u>:  BE right for what

<u>YOUNG</u>:  Quiet…?

    <u>COMPLAINANT</u>:  Quiet for what

<u>YOUNG</u>:  This

    <u>COMPLAINANT</u>:  I'm not going to say nothing

<u>YOUNG</u>:  Ok I won't either.  I have a question

COMPLAINANT:  What

YOUNG:  Wud yu do it again for me not her!

YOUNG:  I'll show yu how to

COMPLAINANT:  I'm sleepy and got a headache

YOUNG:  Now now just askin wud you

COMPLAINANT:  No  not really just did it to stay out of trouble

YOUNG:  Ok □□

YOUNG:  Thank you. And you owe me a big favor for helpin yu

COMPLAINANT:  What

YOUNG:  Huh

COMPLAINANT:  What

YOUNG:  Yu are really Gud at it

COMPLAINANT:  No I don't want to I'm your step daughter

YOUNG:  Ok □□

YOUNG:  Erase

COMPLAINANT:  The text

YOUNG:  Yes

COMPLAINANT:  Ok

COMPLAINANT:  Did you delete the pictures

YOUNG:  Yea I did

YOUNG:  Erase dis too

YOUNG:  Ok

COMPLAINANT:  Ok

YOUNG:  She ain't bothering yu is she

    COMPLAINANT:  She said I got to do you for 30 seconds again

YOUNG:  Wat?

YOUNG:  ???

    COMPLAINANT:  And she said after I do it you got to do me for

    COMPLAINANT:  My door open

On June 26, 2019, the complainant was forensically interviewed at the Children's Advocacy Center. During the course of the forensic interview, the complainant disclosed she had performed fellatio on YOUNG two times.  The complainant explained that an unknown person (later identified by the FBI as set forth below as YOUNG) had sent text messages to her phone, telling her that she had to suck her stepdad's "private part" or else she would get into trouble. The unknown person told her that "she" would send pictures to the complainant's mom, dad, and uncle unless the complainant participated in several sexual acts with her stepdad (YOUNG).  The complainant reported that ultimately she complied with the unknown person's demands.  The complainant reported that she first sucked her stepdad's "private part" in the bathroom of their Washington, D.C. apartment.  The complainant reported that, later, her stepdad pulled her pants down and kissed her butt.  The complainant reported that she received additional threatening text messages from the unknown person, demanding that the complainant suck her stepdad's private part again.  The complainant disclosed that YOUNG told the complainant that since he had helped the complainant by getting the unknown person to stop texting the complainant, the complainant owed him.  The complainant reported that she sucked her stepdad's private part a second time in the living room of their Washington, D.C. apartment.  She also stated that he "kissed" her butt.  The complainant reported that her stepdad asked the complainant to suck his

26

private part a third time, but that she said no, and that her mother came out into the living room shortly thereafter.

The complainant also reported that YOUNG took pictures of her while she was "sucking his private part." The complainant indicated that the flash was on when YOUNG took these pictures. The complainant indicated that YOUNG told her that he sent the pictures to the unknown person who had been texting both YOUNG and the complainant. YOUNG told the complainant that he deleted the pictures.

The complainant disclosed that when the contact from the unknown person began, which was weeks[7] before the sexual assault by YOUNG, she blocked the number, but that the unknown person continued to contact her from other numbers. She was unaware of how the unknown person first obtained her telephone number.

The complainant reported she has YOUNG's phone number stored in her cell phone contacts as "King."

The complainant was subsequently interviewed in greater detail by law enforcement regarding the disclosures she made in the forensic interview. The complainant provided further details about the communications with the unknown person and about the sexual assault by YOUNG. The complainant stated that the unknown person had instructed the complainant to send her an image of the complainant's vagina, which the complainant did. The complainant stated that the image she had sent the unknown person was the image the unknown person threatened to send to her mother and uncle. The complainant stated that, based on what the

---

[7] In a subsequent email by law enforcement to garner additional information about YOUNG's conduct, the complainant stated she believed the first contact from the unknown person was the week before the assault by YOUNG.

27

unknown person said in her messages, the complainant believed the unknown person was an approximately teen-aged student at a nearby school.

On June 26, 2019, detectives from MPD arrested YOUNG at 200 I Street, Southwest, Washington, D.C.  After his arrest, Witness 1 logged into YOUNG's gmail account, biigking90@gmail.com, using his password.[8]  Witness 1 reported to MPD that she looked through YOUNG's emails and observed in YOUNG's "sent" email box an email YOUNG had sent from the aforementioned email account to YOUNG's second email account, christopher.young93@yahoo.com.  Attached to the email was an image that depicted YOUNG performing oral sex on "a young girl," which Witness 1 said was emailed on the night of the offense.  Witness 1 recognized both YOUNG and his sweatshirt in the image.  A forensic examination of the defendant's phone revealed the email described by Witness 1, dated June 24, 2019 at 11:34PM EST.  An image is attached to the email titled IMG_0968.jpeg.   The forensic examination of YOUNG's phone revealed that both of YOUNG's emails above are active on YOUNG's phone.

In addition, after the complainant was interviewed at the Children's Advocacy Center and by law enforcement, Witness 1 spoke to the complainant and had her write down what had happened.  The complainant wrote, in summary, that a "random girl" was texting her and asked if she had a step dad.   The complainant wrote that the girl "said over and over send a pitur of your privat part" and that she repeatedly declined, but that ultimately the complainant sent the picture.  The complainant explained that, after she sent the picture, the sender said "if you dont suck your stepdad private part im going to send the pic to your mom."  The complaint described

---

[8] Witness 1 disclosed to law enforcement that she had historically accessed YOUNG's social media and email accounts and so had done so again after he was arrested.

the sender threatening to contact her mother and uncle and that the sender said she had texted the complainant's dad.  The complainant wrote that her stepdad (YOUNG) said he "would do whatever to get me out of trouble so he said suck his privat part so he said come in the bathroom so I did and he had his privat part ourt and said come one the I wnt back in my room then he said come in the liveing room so I did and he had his privat part out he said come on then he put [complainant's sister] to sleep then he said pull you clothes down and he kiss my but then he lick my privat part I said stop and he was taking pic of it The end."

On July 3, 2019, an Administrative Subpoena was served on Pinger for records related to telephone number ████████  On July 11, 2019, Pinger provided responsive records including subscriber information and IP logs associated with that number.  The records showed that the account telephone number ████████ from which the SENDER messaged the complainant on June 24, 2019 was created at 8:46PM on June 24, 2019 in the name "Big."  All text message communications to or from the Pinger account for telephone number ████████ were to the complainant's cell phone. Additionally, communications from the account ceased at 12:49AM on June 25, 2019.  IP address 69.250.215.222 was consistently used to access the Pinger account bearing telephone number ████████ on the night of June 24, 2019. An administrative subpoena was served on Comcast on July 11, 2019 for subscriber information related to IP address 69.250.215.222. On the same date, Comcast provided records indicating that IP address 69.250.215.222 was subscribed to by Witness 1 with a service address at the residence she shared with YOUNG, and where the sexual assault of the complainant occurred.

Forensic analysis of complainant's phone identified four additional telephone numbers which are owned by Pinger and provided to users via their mobile application.  All four additional numbers had been in contact with the complainant since June 12, 2019. An

administrative subpoena was also sent to Pinger for subscriber and IP log information associated with these four telephone numbers.  Telephone numbers ███████ and ███████, last used to contact the complaint on June 16 and June 21, respectively, are associated a single Pinger account created on February 23, 2019. The Pinger username on this account is "biigking90," with a user provided email address of biigking90@gmail.com. IP address 69.250.215.222, the same Comcast IP address which is subscribed to by Witness 1 at the residence she and the complainant shared with the defendant, was used to create the account. Telephone numbers ██ ███████ and ███████, both of which were used to contact the complaint on June 24, 2019, are associated with a single Pinger account created on June 21, 2019, with a user chosen name of "Big."  The same IP address 69.250.215.222 was used to access all four telephone numbers on the dates each was used to contact the complainant's cell phone. Analysis of the complainant's cell phone further shows that she blocked telephone number ███████.

Respectfully submitted,

_____
Alix Skelton
Special Agent
FBI

Subscribed and sworn to before me on this 18th day of July, 2019

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

30