UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| CHRISTOPHER YOUNG, | : | |
| Defendant | : | 18 U.S.C. § 2251(a) |
| | : | (Production of Child Pornography) |
| | : | |
| | : | 22 D.C. Code §§ 3008, 3020(a)(1) |
| | : | (First Degree Child Sexual Abuse with |
| | : | Aggravating Circumstances) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about June 24 – 25, 2019, in the District of Columbia, the defendant, CHRISTOPHER YOUNG, did knowingly and intentionally employ, use, persuade, induce, entice, and coerce a 10-year-old minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce or knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce; and which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means; and the visual depiction was

transported using any means and facility of interstate and foreign commerce, or the visual depiction was transported in and affecting interstate and foreign commerce.

**(Production of Child Pornography,** in violation of Title 18, United States Code, Section 2251(a))

### COUNT TWO

Between on or about June 24 and June 25, 2019, within the District of Columbia, the defendant, **CHRISTOPHER YOUNG**, being more than four years older than O.W., a female child under 16 years of age, that is, ten years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, contact between O.W.'s mouth and defendant's penis.

**(First Degree Child Sexual Abuse (with Aggravating Circumstances)),** in violation of 22 D.C. Code, Sections 3008, 3020(a)(1) (2001 ed.)).

JESSIE K. LIU
United States Attorney

_____
ANDREA LYNN HERTZFELD
Assistant United States Attorney, DC Bar No. 494059
U.S. Attorney's Office
555 4th Street, N.W., Room 4832
Washington, D.C. 20530
202-252-7808
Andrea.Hertzfeld@usdoj.gov