UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on February 15, 2022

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 19-CR-365 |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 2251(a) |
| **CHRISTOPHER YOUNG,** | : | (Sexual Exploitation of a Minor) |
| | : | 18 U.S.C. §§ 2422(b) |
| | : | (Coercion and Enticement of a Minor) |
| | : | 22 D.C. Code §§ 3008, 3020(a)(1), |
| | : | 3020(a)(2) |
| | : | (First Degree Child Sexual Abuse) |
| | : | 22 D.C. Code §§ 3003, 3020(a)(1), |
| | : | 3020(a)(2) |
| | : | (Second Degree Sexual Abuse) |
| **Defendant.** | : | 18 U.S.C. Section 2428 |
| | | (Forfeiture) |

# **I N D I C T M E N T**

The Grand Jury Charges that:

GENERAL ALLEGATIONS

At all times relevant to this Indictment a girl, Minor Victim 1, whose identity is known to the Grand Jury, was a victim of the crimes alleged in Count One through Count Six. Minor Victim 1 was a resident of the District of Columbia and was born in ▇ .

## **COUNT ONE**

On or about and between the dates of June 1, 2019 and June 26, 2019, within the District of Columbia and elsewhere, the defendant, **CHRISTOPHER YOUNG**, did knowingly employ,

use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer or cellular telephone, and the visual depiction would be transported using any means and facility of interstate and foreign commerce, and the visual depiction was transported in and affecting interstate or foreign commerce.

(**Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT TWO

On or about and between June 1, 2019 to June 26, 2019, within the District of Columbia and elsewhere, the defendant, **CHRISTOPHER YOUNG**, did knowingly and unlawfully use any facility of interstate and foreign commerce (to wit: the Internet and cellular telephone) to persuade, induce, entice, and coerce a person who had not attained the age of 18 years (to wit: Minor Victim 1) to engage in any sexual activity for which any person can be charged with a criminal offense, including but not limited to production of child pornography in violation of Title 18 U.S.C. 2251(a) and First-Degree Child Sexual Abuse in violation of 22 D.C. Code, Section 3008, and attempted to do so.

(**Coercion and Enticement of a Minor**, in violation of Title 18, United States Code, Section 2422(b))

## COUNT THREE

On or about and between June 1, 2019 and June 26, 2019, within the District of Columbia and elsewhere, the defendant, **CHRISTOPHER YOUNG**, being more than four years older than Minor Victim 1, a child under sixteen years of age, that is ▓▓▓▓▓▓, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, contact between Minor Victim 1's mouth and **CHRISTOPHER YOUNG's** penis.

At the time **CHRISTOPHER YOUNG** committed First Degree Child Sexual Abuse as set forth in the Third Count of this Indictment, Minor Victim 1 was under the age of twelve, that is, she was ▓▓▓▓▓▓.

At the time **CHRISTOPHER YOUNG** committed First Degree Child Sexual Abuse as set forth in the Third Count of this Indictment, Minor Victim 1 was under the age of eighteen years and **CHRISTOPHER YOUNG** had a significant relationship with Minor Victim 1 in that **CHRISTOPHER YOUNG** was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at the time **CHRISTOPHER YOUNG** committed the sexual act.

(**First Degree Child Sexual Abuse** (Aggravating Circumstances), in violation of 22 D.C. Code, Section 3008, 3020(a)(1), 3020(a)(2) (2001 ed.))

## COUNT FOUR

On or about and between June 1, 2019, to June 26, 2019, within the District of Columbia and elsewhere, the defendant, **CHRISTOPHER YOUNG**, being more than four years older than Minor Victim 1, a child under sixteen years of age, that is ▓▓▓▓▓▓, engaged in a sexual act

3

with that child and caused that child to engage in a sexual act, that is, contact between Minor Victim 1's mouth and **CHRISTOPHER YOUNG's** penis.

At the time **CHRISTOPHER YOUNG** committed First Degree Child Sexual Abuse as set forth in the Fourth Count of this Indictment, Minor Victim 1 was under the age of twelve, that is she was █████████.

At the time **CHRISTOPHER YOUNG** committed First Degree Child Sexual Abuse as set forth in the Fourth Count of this Indictment, Minor Victim 1 was under the age of eighteen years and **CHRISTOPHER YOUNG** had a significant relationship with Minor Victim 1 in that **CHRISTOPHER YOUNG** was ████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████ at the time **CHRISTOPHER YOUNG** committed the sexual act.

(**First Degree Child Sexual Abuse** (Aggravating Circumstances), in violation of 22 D.C. Code, Section 3008, 3020(a)(1), 3020(a)(2) (2001 ed.))

# COUNT FIVE

Between on or about June 1, 2019 to June 26, 2019, within the District of Columbia and elsewhere, the defendant, **CHRISTOPHER YOUNG**, being more than four years older than Minor Victim 1, a child under sixteen years of age, that is ██████████, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, contact between **CHRISTOPHER YOUNG's** mouth and Minor Victim 1's vulva.

At the time **CHRISTOPHER YOUNG** committed First Degree Child Sexual Abuse as set forth in the Fifth Count of this Indictment, Minor Victim 1 was under the age of twelve, that is she was ██████████.

At the time **CHRISTOPHER YOUNG** committed First Degree Child Sexual Abuse as set forth in the Fifth Count of this Indictment, Minor Victim 1 was under the age of eighteen years and **CHRISTOPHER YOUNG** had a significant relationship with Minor Victim 1 in that **CHRISTOPHER YOUNG** was ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ at the time **CHRISTOPHER YOUNG** committed the sexual act.

(**First Degree Child Sexual Abuse** (Aggravating Circumstances), in violation of 22 D.C. Code, Section 3008, 3020(a)(1), 3020(a)(2) (2001 ed.))

## COUNT SIX

Between on or about June 1, 2019, to June 26, 2019, within the District of Columbia and elsewhere, the defendant **CHRISTOPHER YOUNG**, engaged in a sexual act, that is, contact between Minor Victim 1's mouth and **CHRISTOPHER YOUNG's** penis with Minor Victim 1 by threatening and placing Minor Victim 1 in reasonable fear (other than by placing Minor Victim 1 in reasonable fear that any person would be subjected to death, bodily injury, and kidnapping), to wit by threatening and placing Minor Victim 1 in reasonable fear that disclosure would be made of sexually explicit images of Minor Victim 1 if Minor Victim 1 did not engage in the sexual act with **CHRISTOPHER YOUNG**.

At the time **CHRISTOPHER YOUNG** committed Second Degree Sexual Abuse as set forth in the Sixth Count of this Indictment, Minor Victim 1 was under the age of twelve, that is she was ▬▬▬▬▬▬.

At the time **CHRISTOPHER YOUNG** committed Second Degree Sexual Abuse as set forth in the Sixth Count of this Indictment, Minor Victim 1 was under the age of eighteen years and **CHRISTOPHER YOUNG** had a significant relationship with Minor Victim 1 in that

5

**CHRISTOPHER YOUNG** was ███████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████ at the time

**CHRISTOPHER YOUNG** committed the sexual act.

    (**Second Degree Sexual Abuse** (Aggravating Circumstances), in violation of 22 D.C. Code, Sections 3003, 3020(a)(1), 3020(a)(2) (2001 ed.))

## FORFEITURE ALLEGATIONS

Upon conviction of the offenses charged in Count One of the Indictment, the defendant, Christopher Young, shall, pursuant to 18 U.S.C. Section 2428, forfeit to the United States the following:

1) Any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense;

and 2) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

                                          A TRUE BILL

                                          FOREPERSON

*Matthew M. Groves /GPR*

Attorney of the United States
And for the District of Columbia