UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-CR-365** |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| | : | **18 U.S.C. §§ 2251(a)** |
| **CHRISTOPHER YOUNG,** | : | **(Sexual Exploitation of a Child)** |
| | : | **22 D.C. Code § 3009** |
| | : | **(Second Degree Child Sexual Abuse)** |
| **Defendant.** | : | |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about and between the dates of June 1, 2019 and June 26, 2019, in the District of Columbia and elsewhere, the defendant, CHRISTOPHER YOUNG, did knowingly employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, if that visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and if such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

(**Sexual Exploitation of a Child**, in violation of Title 18, United States Code, Section 2251(a))

## COUNT TWO

On or about and between June 1, 2019 and June 26, 2019, within the District of Columbia, Christopher Young, being more than four years older than Minor Victim 1, a child under sixteen years of age, that is, ten years of age, engaged in sexual contact with that child, that is, Christopher Young placed his mouth on Minor Victim 1's vulva, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

(**Second Degree Child Sexual Abuse**, in violation of 22 D.C. Code Section 3009)

## FORFEITURE ALLEGATION

Upon conviction of the offense charged in Count One of the Information, the defendant shall, pursuant to 18 U.S.C. § 2253, forfeit to the United States the following:

i. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

ii. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property

traceable to such property, including, but not limited to the items seized from the defendant's person or residence on July 20, 2021.

If any of the property described in the paragraphs above as being forfeitable pursuant to 18 U.S.C. § 2253, as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred to, sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of this Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty; the United States of America, pursuant to 21 U.S.C. § 853(p), intends to seek forfeiture of all other property of the defendant up to the value of the above-described forfeitable property.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     /s/*Janani Iyengar*
Janani Iyengar
N.Y. Bar No. 5225990
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 252-7760
Janani.iyengar@usdoj.gov